IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 28  P 12: 54

AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| **TIG PREMIER INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| vs. | * | Civil No.: WMN-01-2841 |
| | * | |
| **HEACO, INC.** | * | |
| **WINIFRED L. HEACOCK** | * | |
| **FRANK B. HEACOCK** | * | |
| Defendants | | |

******

### ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this **25th** day of **January** 2002,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to **Heaco, Inc.; Winifred L. Heacock** and **Frank B. Heacock**, without prejudice, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

William M. Nickerson
United States District Judge

U.S. District Court (Rev. 1/2000)