

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

## ORDER

Upon consideration of the Plaintiff's Response to Order to Show Cause and the Affidavit of John V. Church, it is this __11th__ day of __February__ 2002, by the United States District Court for the District of Maryland:

ORDERED that dismissal of this action is hereby deferred; and

FURTHER ORDERED that Plaintiff shall have an additional __60__ days to serve its Complaint.

_____
Judge, United States District Court for
the District of Maryland

cc:  John V. Church, Esquire
 Whiteford, Taylor & Preston L.L.P.
 7 Saint Paul Street
 Baltimore, Maryland 21202
 Attorney for Plaintiff



**Defendants' Last Known Address:**
HEACO, INC.
c/o Winifred L. Heacock, President
108 Sandy Drive
Newark, Delaware 19713

WINIFRED L. HEACOCK
45 Susquehannock Boulevard
Northeast, Maryland 21901

FRANK B. HEACOCK
45 Susquehannock Boulevard
Northeast, Maryland 21901

Louis J. Kozlakowski, Jr., Esquire
Blum, Yumkas, Mailman, Gutman & Denick, P.A.
1200 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
Attorney for Defendants

*1404851*