IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | Civil No.: WMN-01-2841 |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION EXTENDING TIME
## TO RESPOND TO MOTION TO DISMISS

Plaintiff, TIG Premier Insurance Company, by its undersigned counsel, and Defendants, Heaco, Inc., Winifred Heacock and Frank Heacock, by their undersigned counsel, stipulate and agree to a seven day extension of time for Plaintiff to file a response to Defendants' Motion to Dismiss. The parties agree that Plaintiff's response shall be filed on or before Monday, March 25, 2002.

_____
Michael A. Stover (10497)
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8752

Attorneys for Plaintiff
TIG Premier Insurance Company

_____
William S. Heyman (23036)
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

Attorneys for Defendants
Heaco, Inc., Winifred Heacock
and Frank Heacock

## ORDER

The Stipulation of the parties having been reviewed and considered is approved. The response of the Plaintiff to the Defendants' Motion to Dismiss shall be filed on or before March 25, 2002.

Date 3/18/02

William M. Nickerson
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March 2002, a copy of the foregoing Stipulation was mailed first class, postage prepaid to William S. Heyman, Esquire, Tydings & Rosenberg, LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202 and Vincent F. Vaccarella, Esquire, Elder, Kurzman & Vaccarella, Courvoisier Center 11, Suite 401, 601 Brickell Key Drive, Miami, Florida 33131.

Michael A. Stover