IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEACO, INC., WINIFRED L. )<br>HEACOCK AND FRANK B. HEACOCK, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION<br>NO.: WMN 01-CV-2841 |

### ORDER

The stipulation of the parties having been reviewed and considered as approved.

The reply of the defendant to the plaintiff's response to motion to dismiss shall be filed on or before April 19, 2002.

Date: 4/8/02

William M. Nickerson
United States District Court Judge

#295288