IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIG PREMIER INSURANCE GROUP          :

     v.                              :     Civil Action WMN-01-CV-2841

                                      :

HEACO, INC., et al.                   :

### ORDER

Pursuant to the forgoing Memorandum, and for the reasons stated therein, IT IS this 22nd day of August, 2002, by the United States District Court of Maryland, ORDERED:

    1.   That Defendants' Joint Motion to Dismiss for Lack of Personal Jurisdiction, Paper No. 8, is hereby DENIED;

    2.   That Defendants' Motion to Strike Affidavit of Susan Hall, Paper No. 14, is hereby DENIED as moot;

    3.   That the Clerk of Court shall mail or transmit copies of this Memorandum and Order to all Counsel of Record.

 

                                                _____
                                                William N. Nickerson
                                                Senior United States District Judge