ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP -4  P 12: 34

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

September 4, 2002

**WILLIAM S. HEYMAN**
410/752-9769
wheyman@tydingslaw.com

**BY HAND DELIVERY**
The Honorable William M. Nickerson
Senior United States District Judge
United States District Court
  For the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   TIG Premier Insurance Company v. Heaco, Inc.,
      Winifred L. Heacock and Frank B. Heacock
      Civil Action No.: WMN 01-CV-2841

Dear Judge Nickerson:

The scheduling order in the captioned case requires that the parties advise the Court by September 5, 2002, (1) whether an early settlement/ADR conference is requested; (2) regarding deposition hours; and (3) whether there is unanimous consent to proceed before a United States Magistrate Judge. Although the scheduling order was issued on August 23, 2002, neither I nor my office received a copy of the order at that time. I first learned about the scheduling order this morning when I received a call from Michael Stover, attorney for plaintiff, advising me of its existence and of the September 5, 2002 deadlines.

This is to request that the September 5, 2002, deadlines in the scheduling order be extended to and including September 12, 2002. This extension of time will not affect the other dates in the scheduling order. Mr. Stover has advised that plaintiff does not object to this request for a brief extension.

Thank you for your consideration.

Sincerely,

William S. Heyman

WSH/rsm
cc:   Michael Stover, Esquire

#312516

APPROVED THIS 5TH DAY
OF Sept, 20 02

SENIOR UNITED S... JUDGE