___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 10 2002

CLERK U.S.
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

TIG PREMIER INSURANCE COMPANY, )
                                )
        Plaintiff,              )
                                )
v.                              )
                                )   CIVIL ACTION
HEACO, INC., WINIFRED L.        )   NO.: WMN 01-CV-2841
HEACOCK AND FRANK B. HEACOCK,   )
                                )
        Defendants.             )
                                )

## ORDER

The stipulation of the parties having been reviewed and considered as approved.

The response of the defendant to the plaintiff's complaint shall be filed on or before September 12, 2002.

Date: 9/9/02

_____ USDJ for
William M. Nickerson
United States District Court Judge

#295288