IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION |
| ) | NO.: WMN 01-CV-2841 |
| HEACO, INC., WINIFRED L. ) | |
| HEACOCK AND FRANK B. HEACOCK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] AMENDED SCHEDULING ORDER

Deadlines

1.  Defendant's Rule 26(a)(2) Disclosures re: Experts, February 28, 2003.

2.  Plaintiff's Rebuttal Rule 26(a)(2) Disclosures re: Experts, March 17, 2003.

3.  Rule 26(e) Supplementation of Disclosures and Responses, March 27, 2003.

4.  Discovery Deadline: Submission of Status Report, April 18, 2003.

5.  Request for Admission, April 25, 2003.

6.  Dispositive Pre-Trial Motions Deadline, May 13, 2003.

William M. Nickerson
United States District Judge

#321586