IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

TIG PREMIER INSURANCE COMPANY

    Plaintiff,

v

HEACO, INC., WINIFRED L.
HEACOCK and FRANK B. HEACOCK,

    Defendants

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR -4  P 12: 07

CLERK'S OFFICE
AT BALTIMORE

CIVIL NO.: WMN 01-CV-2841
BY_____ DEPUTY

$52
#104880
FEE PAID
FEE NOT PAID
(SEND LETTER)

### MOTION FOR ADMISSION *PRO HAC VICE*

I, William S. Heyman, am a member of good standing of the bar of this Court. My bar number is __23036__. I am moving the admission of Vincent F. Vaccarella to appear *pro hac vice* in this case as counsel for Defendants HEACO, INC., WINIFRED L. HEACOCK and FRANK B. HEACOCK.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Florida | September, 1994 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

3. The proposed admittee has never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure and Criminal Procedure, the Federal Rules of Evidence, the Rules of Appellate Procedure and the Local Rules of this



Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understand admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or William S. Heyman is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| William S. Heyman | Vincent F. Vaccarella |
| Printed Name | |
| Tydings & Rosenberg LLP | Elder, Kurzman & Vaccarella, P.A. |
| Firm | Firm |
| 100 East Pratt Street<br>26th Floor<br>Baltimore, MD 21202 | 601 Brickell Key Drive<br>Suite 401<br>Miami, FL 33131 |
| Address | Address |
| (410) 752-9769 | (305) 373-6065 |
| Telephone | Telephone |
| (410) 727-5460 | (305) 373-6066 |
| Facsimile | Facsimile |

## ORDER

☑ GRANTED    ☐ DENIED

March 5, 2003
Date

Felicia C. Cannon

Clerk, United States District Court

_by Catherine M. ___ [signature]_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2003, a copy of the Motion for Admission *Pro Hac Vice* was hand-delivered to:

>
> Michael A. Stover, Esquire
> Whiteford, Taylor & Preston L.L.P.
> 7 Saint Paul Street
> Baltimore, Maryland 21202

/s/ William S. Heyman
William S. Heyman

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR -4  P 12:07

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

#332982

```
       RECEIPT FOR PAYMENT
    UNITED STATES DISTRICT COURT
             for the
        DISTRICT OF MARYLAND
           BALTIMORE MARYLAND, M:
                              119268

ECEIVED F:
WINGS & ROSENBERG LLP

se Number:

01-2841


         ID
                        CHECK
                            $50

ro Hac Vice
              $.0:

    ks:check 164886  PHV for
         Vincent F. Vaccarella

    Subtotal:           $50.0

Receipt Total:          $50.0
================================
Checks and drafts are accepted
ubject to collections and full
redit will only be given when
he check or draft has been
ccepted by the financial
nstitution on which it was drawn

   Date:      3/4/03
   lerk
```