IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S MOTION FOR SANCTIONS
FOR DEFENDANTS' FAILURE TO RESPOND TO DISCOVERY**

Plaintiff, TIG Premier Insurance Company ("TIG"), by John V. Church, Michael A. Stover and Whiteford, Taylor & Preston, LLP, hereby submits this Motion for Sanctions for Defendants' Failure to Respond to Discovery and states:

1. On November 15, 2002, TIG served Interrogatories and Requests for Production of Documents upon each of the Defendants. As of the date of this Motion, the Defendants have completely failed to respond or object to the discovery requests.

2. Pursuant to Rule 37(d), as a result of the Defendants' failure to provide any response to the discovery requests which were properly served upon them, this Court should enter an order prohibiting the Defendants from asserting the defenses raised in their Answer at trial or alternatively ordering that a judgment by default be

entered against the Defendants. In addition, Plaintiff should be awarded its costs and attorneys fees associated with this Motion.

3.  Pursuant to Local Rule 104.8(a), the procedures set forth in Local Rule 104.8 regarding discovery disputes do not apply to this Motion because the Defendants have not served any responses at all to the discovery requests.

WHEREFORE, TIG Premier Insurance Company, Plaintiff, for the reasons noted above and in the Memorandum of Law Supporting the Motion respectfully requests that this Honorable Court grant its Motion and order the sanctions requested.

   /s/ Michael A. Stover
John V. Church
Michael A. Stover (Fed. No. 10497)
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Plaintiff
TIG Premier Insurance Company

## RULE 37(d) CERTIFICATION

The undersigned hereby certifies that on February 28, 2003, a telephone conference call was conducted between Michael A. Stover, Esquire, William Heyman, Esquire and Vincent Vaccarella, Esquire.  At that time Mr. Heyman and Mr. Vaccarella acknowledged that Defendants' responses to the discovery requests propounded by the Plaintiff were overdue and it was promised that the responses would be filed promptly.  Subsequent to that discussion, no discovery responses have been served upon Plaintiff's counsel.  *See* Affidavit of Michael A. Stover attached to the Memorandum of Law in Support of the Motion.

/s/ Michael A. Stover
Michael A. Stover

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March, 2003, a copy of the foregoing Motion for Sanctions was mailed first class, postage prepaid to William S. Heyman, Esquire, Tydings & Rosenberg, LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202 and Vincent F. Vaccarella, Esquire, Elder, Kurzman & Vaccarella, Courvoisier Center 11, Suite 401, 601 Brickell Key Drive, Miami, Florida 33131.

/s/ Michael A. Stover
Michael A. Stover

1482070