IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibits 1 through 8, which are attachments to Memorandum of Law in Support of Plaintiff's Motion for Sanctions for Defendants' Failure to Respond to Discovery exists only in paper format and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Date: March 28, 2003          /s/
                              John V. Church
                              Michael A. Stover
                              Federal Bar No. 10497
                              Whiteford, Taylor & Preston, L.L.P.
                              Seven Saint Paul Street, Suite 1300
                              Baltimore, Maryland 21202-1626
                              (410) 347-8700

                              Attorneys for Plaintiffs