IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
|     Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST FOR HEARING

TIG Premier Insurance Company, Plaintiff, by its undersigned counsel, requests a hearing on its Motion for Sanctions.

                                                /s/ Michael A. Stover
                                              John V. Church
                                              Michael A. Stover (Fed. No. 10497)
                                              Whiteford, Taylor & Preston L.L.P.
                                              7 Saint Paul Street
                                              Baltimore, Maryland 21202
                                              (410) 347-8700

                                              Attorneys for Plaintiff
                                              TIG Premier Insurance Company

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March, 2003, a copy of the foregoing Request for Hearing was mailed first class, postage prepaid to William S. Heyman, Esquire, Tydings & Rosenberg, LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202 and Vincent F. Vaccarella, Esquire, Elder, Kurzman & Vaccarella, Courvoisier Center 11, Suite 401, 601 Brickell Key Drive, Miami, Florida 33131.

/s/ Michael A. Stover
Michael A. Stover

*1482063*