IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Plaintiff's Motion for Sanctions and any opposition thereto, it is this _____ day of _____ 2003, by the United States District Court for the District of Maryland ORDERED that the Motion for Sanctions be and it is hereby GRANTED. As a result of the Defendants failure to respond to the discovery requests propounded upon them, it is hereby ORDERED that:

1. The Defendants are prohibited from asserting at trial any of the defenses raised in their answer; and

2. A Judgment by Default be entered against the Defendants in favor of the Plaintiff in the amount of $500,000.00; and

3. The Defendants pay $_____ to Plaintiff for the costs and expenses, including attorneys fees, associated with this Motion.

_____
William M. Nickerson, Senior Judge
United States District Court for the District of Maryland

*1482067*