IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
|     Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
|     Defendants | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## AFFIDAVIT SUPPORTING MOTION

I, Michael A. Stover, being over 18 year of age and competent to testify in this matter, hereby make this affidavit and state:

1. That I am an attorney licensed to practice law in the State of Maryland and I am counsel for the Plaintiff, TIG Premier Insurance Company, in this matter.

2. That on November 15, 2001, I propounded Interrogatories and Requests for Production of Documents upon Heaco, Inc., Frank Heacock and Winifred Heacock, by hand delivery to William Heyman, Esquire and by first class mail to Vincent Vaccarella, Esquire, counsel of record for the Defendants.

3. That on February 28, 2003, I participated in a conference telephone call with Mr. Heyman and Mr. Vaccarella, wherein it was acknowledged that responses to

2

the discovery requests propounded by the Plaintiff were overdue and Defendants' counsel promised that responses would be provided promptly.

4. That as of the date of the Motion for Sanction, March 28, 2003, no responses or objections have been served upon counsel for the Plaintiff by any of the Defendants.

I SOLEMNLY AFFIRM under penalties of perjury that the contents of the foregoing Affidavit are true and correct, based upon my personal knowledge.


/s/
Michael A. Stover

*1482084*