IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISCOVERY SERVICE

I HEREBY CERTIFY that on April 4, 2003 a copy of TIG Premier Insurance Company's Answers to Interrogatories and Responses to Request for Production of Documents, as well as this Notice of Service was mailed first class, postage prepaid to:

> William S. Heyman, Esquire
> Tydings & Rosenberg, LLP
> 100 East Pratt Street, 26th Floor
> Baltimore, Maryland 21202
>
> Vincent F. Vaccarella, Esquire
> Elder, Kurzman & Vaccarella
> Courvoisier Center 11, Suite 401
> 601 Brickell Key Drive
> Miami, Florida 33131.

> _____
> John V. Church (Fed. No. 05007)
> Michael A. Stover (Fed. No. 10497)
> Whiteford, Taylor & Preston L.L.P.
> 7 Saint Paul Street
> Baltimore, Maryland 21202
> (410) 347-8700
> Attorneys for Plaintiff
> TIG Premier Insurance Company

*1483172*