IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEACO, INC., WINIFRED L. )<br>HEACOCK AND FRANK B. HEACOCK, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION<br>NO.: WMN 01-CV-2841 |

**NOTICE OF SERVICE OF DISCOVERY**

Defendants, hereby certify that on this 11th day of April, 2003, they served amended responses to plaintiff's interrogatories by facsimile and hand delivery to Michael Stover, Esquire, Whiteford, Taylor & Preston L.L.P., 7 Saint Paul Street, Baltimore, Maryland 21202, counsel for the plaintiffs.

/S/ William S. Heyman
_____
William S. Heyman, Bar No. 23036
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Phone: (410) 752-9700


/S/ Vincent F. Vaccarella
_____
Vincent F. Vaccarella
Elder, Kurzman & Vaccarella
Courvoisier Center 11, Suite 401
601 Brickell Key Drive
Miami, Florida 33131
Phone: (305) 373-6065

#338130