IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE WITHDRAWING MOTION FOR SANCTIONS

Notice is hereby given that the Plaintiff, TIG Premier Insurance Company, withdraws its Motion for Sanctions in light of the fact that the Defendants have now responded to the Plaintiff's discovery requests. This withdrawal is without prejudice to Plaintiff's right to file a Motion to Compel at a later date with respect to the Defendants' discovery responses.

/s/Michael A. Stover
John V. Church (Fed. No. 05007)
Michael A. Stover (Fed. No. 10497)
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Plaintiff
TIG Premier Insurance Company

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2003, a copy of the foregoing Line Withdrawing Motion for Sanctions was served electronically and mailed first class, postage prepaid to William S. Heyman, Esquire, Tydings & Rosenberg, LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202 and mailed first class, postage prepaid to Vincent F. Vaccarella, Esquire, Elder, Kurzman & Vaccarella, Courvoisier Center 11, Suite 401, 601 Brickell Key Drive, Miami, Florida 33131.

/s/ Michael A. Stover
Michael A. Stover

*1485021*