**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **TIG PREMIER INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | **NO.: WMN 01-CV 2841** |
| **v.** | ) | |
| | ) | |
| **HEACO, INC., WINIFRED L.** | ) | |
| **HEACOCK and FRANK B. HEACOCK,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**
**OF PRE-TRIAL DISCOVERY DEADLINE**

Defendants Heaco, Inc., Winifred L. Heacock and Frank B. Heacock (collectively "Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26 and Local Rule 105.9, hereby file this Motion for Enlargement of Time, and as grounds therefore state as follows:

1.       On November 22, 2002, this Court entered an Amended Scheduling Order in the above-referenced matter.  Pursuant to the Amended Scheduling Order, the discovery deadline was set for April 18, 2003.

2.       As part of discovery, plaintiff TIG Premier Insurance Company ("TIG") was to provide documents regarding plaintiff's computation of damages for review by Defendants. Counsel for TIG has indicated that TIG is in the process of moving its office and that the documents would not be available for inspection for approximately two weeks, which will place the production after the discovery deadline.

3.    Defendants should be afforded the opportunity to review these documents prior to the discovery deadline.  Consequently, Defendants move for an enlargement of the time within which to comply with this Court's Order regarding discovery deadline, and request a forty-five (45) day extension of said deadline.

4.    Rule 6(b) of the Federal Rules of Civil Procedure states that a court for cause shown may at anytime in its discretion "with or without motion or notice order the period within which an act is required enlarged if request therefore is made before the expiration of the period originally prescribed, or as extended by a previous order…."  Fed.R.Civ.P. 6(b).  A district court has wide discretion to grant an enlargement of time with or without motion, if the request is made within the expiration period, or is extended by previous order.  See *Choi v. Chemical Bank, 939 F.Supp. 304 (*S.D.N.Y. 1996).

5.    Defendants have attempted to contact counsel for Plaintiffs in an attempt to resolve the issues herein, but have been unable to agree.

WHEREFORE, pursuant to the timely Motion for Enlargement of Time and for the good cause shown above, Defendants respectfully request that this Court enter an order enlarging the discovery deadline pursuant to its November 22, 2002, Order by forty-five (45) days, and setting the new deadline for discovery for June 22, 2003, and for any other relief this Court may deem just and appropriate.

*/s/ William S. Heyman*

William S. Heyman, Federal Bar No. 23036
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, MD  21202
Phone: 410-752-9700
Fax:  410-727-5460

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO.: WMN 01-CV 2841 |
| v. | ) | |
| | ) | |
| HEACO, INC., WINIFRED L. HEACOCK and FRANK B. HEACOCK, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time of Pre-Trial

Discovery Deadline, and any opposition thereto, it is hereby

ORDERED, that the Motion is GRANTED and the deadline for discovery shall be June

22, 2003.


_____          _____
Date                                                      Judge, United States District Court