### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HEACO, INC., WINIFRED L. )<br>HEACOCK AND FRANK B. HEACOCK, )<br>)<br>    Defendants. )<br>_____ ) | CIVIL ACTION<br>NO.: WMN 01-CV-2841 |

### Defendants' Status Report

Defendants Heaco, Inc., Winifred Heacock, and Frank Heacock, by their undersigned attorneys, pursuant to this Court's Scheduling Order, hereby submit their status report.

**A.      Whether Discovery Has Been Completed**

Discovery has not been completed. As stated in defendants' motion to extend the discovery deadline, defendants have not been able to review the plaintiff's documents. According to plaintiff's counsel, plaintiff is currently in the process of moving its offices and the documents will not be available for review for a few weeks. Defendants should certainly have the opportunity to review the documents and take further discovery based on their review of those documents before discovery closes.

Also, the parties have taken no depositions, and, based on the review of plaintiff's documents, defendants believe that one or more depositions may become necessary.

**B.      Whether Any Motions are Pending**

Defendants' motion to extend the discovery deadline is pending.

#338906

**C.     Whether Any Party Intends to File a Dispositive Pretrial Motion**

Defendants do not intend to file a dispositive motion at this time. Based on plaintiff's status report, it appears that plaintiff intends to file a motion for summary judgment.

**D.     Whether the Case is to be tried Jury or Nonjury/Anticipated Length of Trial**

Defendants have requested a jury trial. Defendants believe that the trial will take two weeks.

**E.     Certification Regarding Settlement Negotiations**

Defendants have repeatedly suggested to plaintiff that the parties engage in mediation in an attempt to resolve the parties' dispute. To date, plaintiff has not agreed to mediation. No other settlement discussions have taken place.

**F.     Whether Referral to another Judge of this Court for a Settlement or Other ADR Conference would be Helpful**

Defendants strongly believe that referral of this matter to another Judge of this court for a Settlement or other ADR Conference would be helpful. Defendants believe that there are many issues between the parties that could be resolved, and that the parties could possible reach a mediated settlement and thereby forego the costs of trial if a settlement or other ADR conference is held. Such a conference should take place before dispositive motions, so that the parties can forego the expense of those motions.

**G.     Whether all Parties Consent to Referral to a United States Magistrate Judge**

Plaintiff has not consented to referral to a Magistrate Judge.

**H.    Any other Matters to be brought to the Court's Attention**

Plaintiff has begun its status report with a section entitled, "Introduction/Factual Background." No such section is called for by this Court's Scheduling Order and, accordingly, this report does not contain a similar section. For the record, defendants state that they disagree with many of the statements in the plaintiff's statement of the facts, including, but not limited to, the statement that the defendants owe any liability to the plaintiff.

/S/ William S. Heyman
_____
William S. Heyman, Bar No. 23036
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Phone: (410) 752-9700


/S/ Vincent F. Vaccarella
_____
Vincent F. Vaccarella
Elder, Kurzman & Vaccarella
Courvoisier Center 11, Suite 401
601 Brickell Key Drive
Miami, Florida 33131
Phone: (305) 373-6065

## Certificate of Service

I hereby certify that on this 18th day of April, 2003, I served a copy of defendants' status report on Michael A. Stover, Esquire, Whiteford, Taylor & Preston, LLP, 7 St. Paul Street, Baltimore, Maryland 21202, by electronic transmission via the ECF system.

/S/ William S. Heyman
_____
William S. Heyman