UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 410- 962-2577

April 23, 2003

All Counsel

    Re:  TIG Premier v. HEACO Inc.
         Civil No. WMN-01-2841

Dear Counsel:

    I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Wednesday, May 7, 2003 at 9:30 a.m.  At that time I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

         Very truly yours,

           /s/

         William M. Nickerson
         Senior United States District Judge