IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIG PREMIER INSURANCE GROUP   :
                                     :
    v.                            :    Civil Action WMN-01-2841
                                       :
HEACO, INC., et al.         :

**ORDER**

    Defendants have filed a motion to extend the discovery deadline.  The motion has not been opposed.  For good cause shown, the Court finds that this motion for a brief extension should be granted.  Accordingly, IT IS this 29th day of April, 2003, by the United States District Court of Maryland, ORDERED:

    1.   That Defendants' Motion for Enlargement of Time of Pre-trial Discovery Deadline, Paper No. 35, is GRANTED, and the Court's Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery deadline, status report submission | June 23, 2003 |
| Requests for Admissions | June 30, 2003 |
| Dispositive Pre-Trial Motions Deadline | July 21, 2003 |

    2.   That the Clerk of Court shall mail or transmit copies of this Order to all Counsel of Record.

                                          /s/
                        _____
                        William N. Nickerson

                        Senior United States District Judge