**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)     CIVIL ACTION<br>HEACO, INC., WINIFRED L. )     NO.: WMN 01-CV-2841<br>HEACOCK AND FRANK B. HEACOCK, )<br>)<br>    Defendants. )<br>_____ ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2003, a copy of Defendant Winifred L. Heacock's Second Set of Interrogatories and Request for Production of Documents, along with this Notice of Service of Discovery, were hand delivered to Michael A. Stover, Esquire, Whiteford, Taylor & Preston L.L.P., 7 Saint Paul Street, Baltimore, Maryland 21202.

/S/ William S. Heyman
William S. Heyman, Bar No. 23036
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Phone: (410) 752-9700
Fax:     (410) 727-5460


/S/ Vincent F. Vaccarella
Elder, Kurzman & Vaccarella
Courvoisier Center 11, Suite 401
601 Brickell Key Drive
Miami, Florida 33131
Phone: (305) 373-6065
Fax:     (305) 373-6066

#339951