IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**TIG PREMIER INSURANCE CO.**        :

    v.                            :         CIVIL ACTION NO. WMN-01-2841

**HEACO, INC., et al.**               :

## AMENDED SCHEDULING ORDER

1. All discovery shall be completed by June 23, 2003.

2. All dispositive pretrial motions shall be filed by July 21, 2003.

3. A pretrial conference is scheduled for November 20, 2003 at 9:30 a.m. The pretrial order prepared in conformance with Local Rule 106.2 and 3 is due in chambers five days prior to the pretrial conference.

4. Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by November 20, 2003. Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions. Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

5. The  8 Day  jury trial in this matter shall commence on December 1, 2003, at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.

6. Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked.  [Please contact my courtroom deputy, Mary J o Lauman (410)962-2600 prior to the submission of the exhibit list to insure an accurate format.]  Counsel for the

**plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy on defendant's counsel not later than <u>November 13, 2003</u>  Counsel for the defendant shall file said list with the Court and shall serve a copy on plaintiff's counsel, not later than <u>November 20, 2003</u>.**

      **7.  The Clerk of Court shall mail copies of this Scheduling Order to counsel in this case.**

                                                       /s/
                                        **William M. Nickerson**
                                        **Senior United States District Judge**

**Dated:    5/7/03**