$50 FEE PAID
# 1194860
___ FEE NOT PAID
    (SEND LETTER)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

TIG PREMIER INSURANCE COMPANY,

    Plaintiff,

v.

HEACO, INC., WINIFRED L.
HEACOCK and FRANK B. HEACOCK,

    Defendants.

CIVIL ACTION
NO. WMN 01-CV 2841

---

## MOTION FOR ADMISSION *PRO HAC VICE*

I, William Heyman, am a member in good standing of the of this Court. My bar number is 23036. I am moving admission of Scott D. Rembold to appear *pro hac vice* in this case as counsel for HEACO, INC., WINIFRED L. HEACOCK and FRANK B. HEACOCK.

We certify that:

1 The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Florida | 1994 |
| Southern District of Florida | 1995 |
| Middle District of Florida | 1995 |

TYDINGS & ROSENBERG LLP

MAY 16 2003

RECEIVED

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts)

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. Either (the undersigned movant) or _____ is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings

7. The $50.00 fee for admission *pro hac vice* is enclosed (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8 The completed Electronic Case Files Attorney Registration Form is enclosed

NO.: **WMN 01-CV 2841**

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _Scott D. Rembold_____ |
| Signature | Signature |
|  | **Scott D. Rembold** |
| _____ | _____ |
| Printed Name | Printed Name |
|  | **Elder, Kurzman & Vaccarella, P.A.** |
| _____ | _____ |
| Firm | Firm |
|  | **601 Brickell Key Dr., Ste. 401** |
| _____ | _____ |
| Address | Address **Miami, FL 33131** |
|  | _305-373-6065_____ |
| _____ |  |
| Telephone Number | Telephone Number |
|  | _305-373-6066_____ |
| _____ |  |
| Fax Number | Fax Number |

*************************************************************