IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

TIG PREMIER INSURANCE COMPANY,

    Plaintiff,    )
                        )
v.                           )
                           )   CIVIL ACTION
HEACO, INC., WINIFRED L.    )   NO.: WMN 01-CV-2841
HEACOCK AND FRANK B. HEACOCK, )

    Defendants
                           )

## ORDER

Pursuant to the Motion for Admission *Pro Hac Vice* of Scott D. Rembold, it is hereby ordered that the Motion for Admission *Pro Hac Vice* is GRANTED

Date  5-22-03

Felicia C. Cannon

Clerk, United States District Court
by: [signature]

#342502