**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

TIG PREMIER INSURANCE COMPANY    *

     Plaintiff          *      Civil No.: WMN-01-2841

v.                                *

HEACO, INC., et al.              *

     Defendants        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**STIPULATION TO MODIFY**
**AMENDED SCHEDULING ORDER**

     TIG Premier Insurance Company, Plaintiff and Heaco, Inc., Winifred Heacock and Frank Heacock, Defendants, by undersigned counsel hereby stipulate and agree to modify the Amended Scheduling Order as follows:

     1.      Discovery Cut-Off             August 25, 2003

     2.      Request for Admissions       September 1, 2003

     3.      Dispositive Motions          September 25, 2003

/s/ Michael A. Stover                     /s/ William S. Heyman
John V. Church (Fed. No. 05007)         William S. Heyman
Michael A. Stover (Fed. No. 10497)      Tydings & Rosenberg, LLP
Whiteford, Taylor & Preston L.L.P.      100 East Pratt Street
Seven Saint Paul Street                  26th Floor
Baltimore, Maryland 21202-1626        Baltimore, Maryland 21202
(410) 347-8700                            (410) 752-9769

Attorneys for Plaintiff                  Attorneys for Defendants

/s/ Vincent F. Vaccarella
Vincent F. Vaccarella
Elder, Kurzman & Vaccarella
Courvoisier Center II
Suite 401
601 Brickell Key Drive
Miami, Florida 33131

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2003, a copy of the foregoing Stipulations was served electronically and mailed first class, postage prepaid to William S. Heyman, Esquire, Tydings & Rosenberg, LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202 and mailed first class, postage prepaid to Vincent F. Vaccarella, Esquire, Elder, Kurzman & Vaccarella, Courvoisier Center II, Suite 401, 601 Brickell Key Drive, Miami, Florida 33131.

/s/ Michael A. Stover
Michael A. Stover

*1499829*

2