IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

TIG PREMIER INSURANCE COMPANY        *

    Plaintiff        *        Civil No.: WMN-01-2841

v.        *

HEACO, INC., et al.        *

    Defendants        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT ORDER**

Upon consideration of the stipulation of the parties to modify the Amended Scheduling Order entered in this case, it is this _____ day of June, 2003, by the United States District Court for the District of Maryland, ORDERED that the Amended Scheduling Order be modified as follows:

| | | |
|---|---|---|
| 1. | Discovery Cut-Off | August 25, 2003 |
| 2. | Request for Admissions | September 1, 2003 |
| 3. | Dispositive Motions | September 25, 2003 |

_____
Judge, United States District Court for
the District of Maryland