**WHITEFORD, TAYLOR & PRESTON**
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND  21202-1626

410 347-8700
FAX  410 752-7092
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND  21204-4515
TELEPHONE  410 832-2000
FAX  410 832-2015

10420 LITTLE PATUXENT PARKWAY
SUITE 495
COLUMBIA, MARYLAND 21044
TELEPHONE  410 884-0700
FAX  410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C.  20036-5405
TELEPHONE  202 659-6800
FAX  202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA  22314-2928
TELEPHONE  703 836-5742
FAX  703 836-0265

MICHAEL A. STOVER
DIRECT NUMBER
410 347-8761
mstover@wtplaw.com

November 13, 2003

**VIA ELECTRONIC FILING**
Honorable William M. Nickerson
United States District Court Judge
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21202

  Re: TIG Premier Insurance Company v. Heaco, Inc.
     Case No. WMN-01-2841

Dear Judge Nickerson:

  This letter and the enclosed Stipulation and Consent Order follow my discussion with your Chambers on Wednesday, November 12, 2003 regarding the above referenced matter.  As I discussed with your clerk, the trial date in this case was moved by consent some time ago from early December, 2003 to March 1, 2004; however, for some reason, the date for the Pre-Trial Conference and the associated submissions was not formally moved with the trial date.  Accordingly, after consultation with your Chambers, the date of February 18, 2004 has been agreed upon as the proposed new date for the Pre-Trial Conference, which date is more closely associated with the new trial date.  Naturally, should the Court have any concerns regarding the filing of this Stipulation and Consent Order, please do not hesitate to have your Chambers contact me.

          Sincerely,

          /s/

          Michael A. Stover

cc:  Counsel