IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION TO MODIFY
<u>AMENDED SCHEDULING ORDER</u>**

TIG Premier Insurance Company, Plaintiff and Heaco, Inc., Winifred Heacock and Frank Heacock, Defendants, by undersigned counsel hereby stipulate and agree to modify the Amended Scheduling Order as follows:

| | | |
|---|---|---|
| 1. | Pre-Trial Conference | February 18, 2004 |
| 2. | Plaintiff submit Exhibit List | February 11, 2004 |
| 3. | Defendant submit Exhibit List | February 18, 2004 |
| 4. | Joint Pre-Trial Order due | February 13, 2004 |
| 5. | Parties submit Voir Dire | February 18, 2004 |

/s/ Michael A. Stover
John V. Church (Fed. No. 05007)
Michael A. Stover (Fed. No. 10497)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Plaintiff

/s/ William S. Heyman
William S. Heyman
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
(410) 752-9769

Attorneys for Defendants

/s/Vincent F. Vaccarella
Vincent F. Vaccarella
Elder, Kurzman & Vaccarella
Courvoisier Center II
Suite 401
601 Brickell Key Drive
Miami, Florida 33131

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2003, a copy of the foregoing Stipulation was served electronically and mailed first class, postage prepaid to William S. Heyman, Esquire, Tydings & Rosenberg, LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202 and mailed first class, postage prepaid to Vincent F. Vaccarella, Esquire, Elder, Kurzman & Vaccarella, Courvoisier Center II, Suite 401, 601 Brickell Key Drive, Miami, Florida 33131.

/s/Michael A. Stover
Michael A. Stover