IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | Civil No.: WMN-01-2841 |
| v. | * | |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER**

Upon consideration of the stipulation of the parties to modify the Amended Scheduling Order entered in this case, it is this _____ day of June, 2003, by the United States District Court for the District of Maryland, ORDERED that the Amended Scheduling Order be modified as follows:

1. Pre-Trial Conference — February 18, 2004
2. Plaintiff submit Exhibit List — February 11, 2004
3. Defendant submit Exhibit List — February 18, 2004
4. Joint Pre-Trial Order due — February 13, 2004
5. Parties submit Voir Dire — February 18, 2004

_____
Judge, United States District Court for
the District of Maryland