## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

January 21, 2004

John V. Church, Esquire
Michael Alden Stover, Esquire
Whiteford, Taylor and Preston
Seven Saint Paul Place, Ste 1400
Baltimore, Maryland   21202

Scott D. Rembold, Esquire
Vincent F. Vaccarella, Esquire
Elder Kurzman and Vaccarella, PA
601 Brickell Key Drive, Ste 401
Miami, Florida   33131

William Stuart Heyman, Esquire
Lawrence Joseph Quinn, Esquire
Tydings and Rosenberg, LLP
100 East Pratt Street
Baltimore, Maryland   21202

Subject: *TIG Premier Insurance Company v. HEACO, Inc.*
Civil No. WMN-01-2841

Dear Counsel:

This letter is to confirm that the settlement conference in the above-captioned matter previously set for Wednesday, January 28, 2004, at 10:00 a.m. has been rescheduled at the request of counsel.  The new date is **Tuesday, February 3, 2004, at 12:30 p.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland.  Your *ex parte* letter, as described in my letter of January 20, should arrive in chambers no later than Tuesday, January 27, 2004.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc:    The Hon. William M. Nickerson
        Chambers file
        Court file