IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>HEACO, INC., WINIFRED L.<br>HEACOCK and FRANK B. HEACOCK,<br><br>    Defendants. | CIVIL ACTION<br>NO.: WMN 01-CV 2841 |

<u>SUBPOENA DUCES TECUM WITHOUT DEPOSITION OF NON-PARTY</u>

TO:  Records Custodian of
     James W. Ancel, Inc.
     408 Bosley Avenue
     Towson, MD 21204
     (410) 583-0420

YOU ARE HEREBY COMMANDED to appear at the law offices of ELDER, KURZMAN & VACCARELLA, P.A., Courvoisier Centre II - Suite 401, 601 Brickell Key Drive, Miami, FL 33131, on or before **Thursday, February 12, 2004**, and to have with you at said place and time the items contained in the attached Schedule "A."

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this Subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this Subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable costs of preparation. You may mail or deliver the copies of the items to be produced to the attorney whose name appears on this Subpoena and thereby eliminate your

ELDER, VACCARELLA,
LEWIS, MILES & REMBOLD, P.A.

COURVOISIER CENTRE II, SUITE 401, 601 BRICKELL KEY DRIVE, MIAMI, FLORIDA 33131
MIAMI-DADE (305) 373-6065 • BROWARD (954) 763-5304 • FAX (305) 373-6065

CIVIL ACTION
NO.: WMN 01-CV 2841

appearance at the time and place specified above. You have the right to object to the production pursuant to this Subpoena at any time before production by giving written notice to the attorney who signature appears on the bottom of this Subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

IF YOU FAIL TO:

1. Appear as specified;
2. Furnish the records instead of appearing as provided above; or
3. Object to this Subpoena, you may be in contempt of court.

You are Subpoenaed by the attorney whose name appears on this Subpoena, and unless excused from this Subpoena by the attorney or the Court, you shall respond to this Subpoena as directed.

DATED on January 16, 2004.

ON BEHALF OF THE COURT

By: _____
SCOTT D. REMBOLD
FLA. BAR NO. 038202

ELDER, KURZMAN & VACCARELLA, P.A.
601 BRICKELL KEY DRIVE
SUITE 401
MIAMI, FL 33131
305-373-6065

ELDER, VACCARELLA,
LEWIS, MILES & REMBOLD, P.A.

COURVOISIER CENTRE II, SUITE 401, 601 BRICKELL KEY DRIVE, MIAMI, FLORIDA 33131
MIAMI-DADE (305) 373-6065 · BROWARD (954) 763-5304 · FAX (305) 373-6066

CIVIL ACTION
NO.: WMN 01-CV 2841

SCHEDULE "A"

1. All daily reports for the Project.

2. All job budgets or estimates prepared prior to commencement of work on the Project.

3. All cost reports reflecting actual costs for the Project.

4. All time sheets and/or time tickets, time cards or punch tickets reflecting labor and supervision provided at the Project.

5. All accounting records for the Project.

6. All records reflecting payment to subcontractors for the Project.

7. All records reflecting payment from Cecil County Public School for work on the Project.

8. All invoices from subcontractors and material suppliers for the Project.

9. All payment applications to the Owner for the Project.

10. All change orders or claims for extra work for the Project.

11. All correspondence, facsimile and e-mails related to the Project.

12. All notices from the Project.

13. All Request for Change Orders for the Project.

14. All final or partial contractors affidavits furnished by James W. Ancel, Inc. to Cecil County Public Schools for the Project.

15. All documents that support any claims, credits, backcharges, deductions, setoffs, or claims that James W. Ancel, Inc. asserted against Heaco, Inc. at any time in connection with the Project.

3

CIVIL ACTION
NO.: WMN 01-CV 2841

16. All documents that relate to or support any defects, deficient or incomplete work by Heaco, Inc. on the Project.

17. All documents that evidence, relate to or reflect all costs incurred by James W. Ancel, Inc. completing or correcting any defect, or deficient or incomplete work by Heaco, Inc. on the Project.

18. All documents concerning the repair, removal, inspection or completion of any work performed by James W. Ancel, Inc. or its agents completing or correcting work performed by Heaco, Inc. on the Project.

19. All transcripts, notes, minutes, reports, audiotapes, summaries, and other documents or things pertaining to any meetings or discussions, formal or informal relating to the Project.

20. All inspection reports related to the Project.

21. All internal communication relating to Heaco, Inc.'s portion of the Project.

22. All notices to proceed relating to the Project.

23. All contracts and/or agreements entered into between James W. Ancel, Inc. and Cecil County Public Schools and any amendments thereto, relating to the Project.

24. All contracts and/or subcontracts and any amendments thereto, enter into between James W. Ancel, Inc. and any subcontractors, vendors and/or suppliers for the Project.

25. All plans, specifications, project manuals and drawings related to the Project.

26. All request for change orders and all backups for request for change orders submitted by James W. Ancel, Inc. to Cecil County Public Schools for the Project.

27. All change orders or requests for change orders and all backups for change orders submitted by subcontractors and material suppliers to the James W. Ancel, Inc. for the Project.

28. All photographs, and videos of the Project.

4

CIVIL ACTION
NO.: WMN 01-CV 2841

29. All documents that evidence or reflect that any subcontractor failed to perform their work on the Project on a timely manner.

30. All notices of non-conforming, incomplete, defective and deficient work relating to the Project issued by or to James W. Ancel, Inc., Cecil County Public Schools or any design professionals in connection with the Project.

31. All certificates of substantial and/or final completion for the Project.

32. All punch list and/or punch list reports for the Project.

33. All submittals for the Project.

34. All shop drawings and logs relating to the Project.

35. All documents concerning scheduling including, but not limited to, CPM Schedules, bar charts and any updates, revisions or amendments whether or not submitted or approved related to the Project.

36. All request for information submitted by James W. Ancel, Inc. to Cecil County Public Schools or any design professional related to the Project.

37. All request for information submitted to James W. Ancel, Inc. by any subcontractor or supplier relating to the Project.

38. All policies of insurance in which James W. Ancel, Inc. is named insured and any surety bond in which James W. Ancel, Inc. is named principal relating to the Project.

ELDER, KURZMAN & VACCARELLA, P.A.   COURVOISIER CENTRE II, SUITE 401, 601 BRICKELL KEY DRIVE, MIAMI, FLORIDA 33131
DAOE (305) 373-6065 • BRWO (954) 763-5304 • FAX (305) 373-6066 • EKVLAW@BELLSOUTH.NET