IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | CIVIL ACTION |
| v. | * | No. WMN 01-CV 2841 |
| HEACO, INC., WINIFRED L. HEACOCK and FRANK B. HEACOCK | * | |
| | * | |
| Defendants | | |

* * * * * * * * * * * * *

## ORDER

Upon consideration of James W. Ancel, Inc.'s Motion to Quash Subpoena, and any response filed thereto, it is on this _____ day of _____, 2004,

ORDERED that the Subpoena issued to James W. Ancel, Inc. BE AND HEREBY is QUASHED;

OR IN THE ALTERNATIVE, ORDERED that the subpoena issues to James W. Ancel, Inc. BE AND HEREBY is MODIFIED as follows:

(1) the issuing party or attorney shall substantially narrow the scope of the document request to include only relevant categories of documents,

(2) the production and inspection of documents shall take place at James W. Ancel, Inc.'s office located at 408 Bosley Avenue, Baltimore, Maryland 21204, and at such mutually agreeable and reasonable time so as not to disrupt the business operation of James W. Ancel, Inc.,

(3) the issuing party or attorney shall reimburse James W. Ancel, Inc. in advance for the time and expense required by its staff to research, locate and assemble the requested documents, and for the

time and expense required by its staff to photocopy any documents marked for photocopying during the inspection, by placing $20,000.00 into an escrow account maintained by a mutually agreeable Maryland attorney, and

    (5) any request in the subpoena for a deposition is hereby stricken.

                                                               _____
                                                                           JUDGE

cc:
William M. Huddles, Esq.
Kenneth K. Sorteberg, Esq.
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045
Counsel for James W. Ancel, Inc.

Scott D. Rembold, Esquire
Elder, Kurzman & Vaccarella, P.A.
601 Brickell Key Drive, Suite 401
Miami, Florida 33131