IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | Civil No.: WMN-01-2841 |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF MICHAEL A. STOVER**

I, Michael A. Stover, hereby make this affidavit and certify that the matters set forth herein are true and correct based upon my personal knowledge:

1. I am an attorney licensed to practice law in the State of Maryland and before this Honorable Court. I am counsel for Plaintiff, TIG Premier Insurance Co.

2. The settlement amount that was agreed to be paid by the Defendants in this action has not been paid as of the date of this Affidavit.

3. No agreement to extend the time for payment has been agreed to.

4. The facts set forth in the Motion to Reopen are true and correct and are incorporated herein by reference.

I DO SOLEMNLY declare and affirm under the penalties of perjury that the contents of the foregoing Affidavit are true and correct based upon my personal knowledge.

| | |
|---|---|
| May 5, 2004 | /s/ Michael A. Stover |
| Date | Michael A. Stover |