IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY | * |
|     Plaintiff | * |
| v. | *  Civil No.: WMN-01-2841 |
| HEACO, INC., et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER REOPENING CASE**

Upon consideration of the Motion to Reopen Case, filed by the Plaintiff and any opposition thereto, good cause having been shown, it is this ____ day of May 2004, in the United States District Court for the District of Maryland, hereby ORDERED that the Motion be and it is GRANTED and this case is REOPENED.

 

_____
William M. Nickerson
Senior Judge, United States
District Court for the District of
Maryland

*1554226*