```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       (Northern Division)

TIG PREMIER INSURANCE COMPANY,    )
                                  )
      Plaintiff,                  )    CIVIL ACTION
                                  )    NO.: WMN 01-CV 2841
v.                                )
                                  )
HEACO, INC., WINIFRED L.          )
HEACOCK and FRANK B. HEACOCK,     )
                                  )
      Defendants.                 )
_____ )
```

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REOPEN CASE

Defendants, HEACO, INC., WINIFRED L. HEACOCK and FRANK B. HEACOCK, by and through undersigned counsel hereby file this Motion for Extension of Time to respond to Plaintiff's Motion to Reopen Case dated May 5, 2004, and as grounds therefore state as follows:

1.   On May 5, 2004 Plaintiff TIG PREMIER INSURANCE COMPANY filed its motion to reopen case in the above-referenced matter.

2.   Defendants have been attempting to resolve the outstanding issues in this matter with Plaintiff.

3.   As such, Defendants are requesting a ten (10) day extension to file a response to Plaintiff's Motion to Reopen Case in order to attempt to come to a final resolution to this matter prior to exhausting further judicial resources.

#423489v.1

4. Defendants have requested an extension from Plaintiff's counsel, who have not yet responded to the request.

/S/ VINCENT F. VACCARELLA
VINCENT F. VACCARELLA,
ELDER, VACCARELLA, LEWIS,
 MILES & REMBOLD, P.A.
Attorneys for Defendants
Courvoisier Centre II,
Suite 401
601 Brickell Key Drive
Miami, Florida 33131
Dade: (305) 373-6065
Fax:  (305) 373-6066


/S/ WILLIAM S. HEYMAN
Tydings & Rosenberg LLP
100 East Pratt Street
Baltimore, MD 21202
Phone: (410) 752-9769
Fax: (410) 727-5460