IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIG PREMIER INSURANCE GROUP   :
                              :
         v.                   :     Civil Action WMN-01-2841
                              :
HEACO, INC., et al.           :

**ORDER**

On February 3, 2004, this case was closed pursuant to a settlement agreement entered into by the parties. On May 5, 2004, Plaintiff moved to reopen the case, citing Defendants' failure to perform their payment obligations under the terms of that agreement. Defendants requested and were granted an extension of time to resolve the issues between the parties or to otherwise respond to the motion to reopen. Defendants' extended time to respond has now expired. For good cause shown, the Court will grant Plaintiff's motion and reopen this action.

Accordingly, IT IS this 16th day of June, 2004, by the United States District Court of Maryland, ORDERED:

1.  That Plaintiff's Motion to Reopen, Paper No. 55, is GRANTED, and the Clerk of the Court is instructed to REOPEN this action;

2.  That a telephone conference will be held on June 29,

2004 at 10:30 a.m., to be initiated by counsel for Plaintiff, for the purpose of scheduling further proceedings; and

    3.   That the Clerk of Court shall mail or transmit copies of this Order to all Counsel of Record.

```
                              /s/
                     _____
                     William N. Nickerson
                     Senior United States District
                     Judge
```