IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY | * |
|     Plaintiff | * |
| v. | *   Civil No.: WMN-01-2841 |
| HEACO, INC., et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO ENFORCE SETTLEMENT**

Plaintiff, TIG Premier Insurance Company ("TIG"), by John V. Church, Michael A. Stover and Whiteford, Taylor & Preston, LLP, hereby submits this Memorandum of Law in Support of its Motion to Enforce Settlement as a result of the Defendants failure to consummate the settlement reached in this matter:

1.  On February 3, 2004, the parties participated in a settlement conference with Magistrate Judge Bredar. At that conference, the parties reached a settlement.

2.  The terms of the settlement were that the Defendants would pay the agreed upon settlement amount of $172,500.00 in exchange for dismissal of the case and a full release. The Defendants were given 90 days to pay the settlement amount.

3.  The Defendants have failed to pay the settlement amount. Accordingly, this motion to enforce the settlement is being filed as a result of the Defendants' failure to consummate the settlement.

WHEREFORE, TIG Premier Insurance Company, for the reasons set forth herein and for reasons set forth in the Memorandum of Law in Support of this Motion, respectfully requests that its Motion be granted and that this Honorable Court enter an order enforcing the settlement and ordering the Defendants to immediately pay the agreed upon settlement amount.

/s/ Michael A. Stover
John V. Church (Fed. No. 05007)
Michael A. Stover (Fed. No. 10497)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Plaintiff, TIG Premier Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2004, a copy of the foregoing Motion to Enforce Settlement was filed electronically and mailed first class, postage prepaid to William S. Heyman, Esquire, Tydings & Rosenberg, LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202 and Vincent F. Vaccarella, Esquire, Elder, Kurzman & Vaccarella, Courvoisier Center 11, Suite 401, 601 Brickell Key Drive, Miami, Florida 33131.

/s/ Michael A. Stover
Michael A. Stover

*1564751*