February 3, 2004
WMN-01-2841

## Judge Bredar's Settlement Proposal

1. Def.'s agree to pay plaintiff $172,500.00. Full payment due in 90 days. No structure.

2. Plaintiff agrees to grant defendants a full and complete release. This is a global settlement resolving all claims between and among the parties to this lawsuit.

3. Each party will pay its own fees and costs, including attorney fees.

(ACCEPT)     (CIRCLE ONE)     REJECT

_____        TIG Premier Ins. Co.
Attorney Signature              Name of Party

EXHIBIT 2 — ALL-STATE INTERNATIONAL

February 3, 2004
WMN-01-2841

<u>Judge Bredar's Settlement Proposal</u>

1. Def.s agree to pay plaintiff $172,500.00. Full payment due in 90 days. No structure.

2. Plaintiff agrees to grant defendants a full and complete release. This is a global settlement resolving all claims between and among the parties to this lawsuit.

3. Each party will pay its own fees and costs, including attorney fees.

(ACCEPT)        (CIRCLE ONE)        REJECT

_____          _____
Attorney Signature                Name of Party