IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY | * |
|     Plaintiff | * |
| v. | *  Civil No.: WMN-01-2841 |
| HEACO, INC., et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER ENFORCING SETTLEMENT**

Upon consideration of the Motion to Enforce Settlement, filed by the Plaintiff and any opposition thereto, it is this ____ day of _____ 2004, in the United States District Court for the District of Maryland, hereby ORDERED that the Motion be and it is GRANTED; and

IT IS FURTHER ORDERED that the settlement reached between the parties is to be specifically enforced according to its terms; and

IT IS FURTHER ORDERED that the Defendants are to immediately pay the settlement amount of $172,500.00 to the Plaintiff.

 

_____
William M. Nickerson
Senior Judge, United States
District Court for the District of
Maryland

*1564437*