IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

TIG PREMIER INSURANCE COMPANY

    Plaintiff

v.                                                 Civil No.: WMN-01-2841

IEACO, INC., et al

    Defendants

\* \* \* \* \* \*

### ORDER ENFORCING SETTLEMENT

Upon consideration of the Motion to Enforce Settlement, filed by the Plaintiff ~~and any opposition thereto~~, it is this 8th day of September, 2004, in the United States District Court for the District of Maryland, hereby ORDERED that the Motion be and it is GRANTED; and

IT IS FURTHER ORDERED that the settlement reached between the parties is to be specifically enforced according to its terms; and

IT IS FURTHER ORDERED that the Defendants are to immediately pay the settlement amount of $172,500.00 to the Plaintiff.

                                                                */s/ William M. Nickerson*
                                                                 William M. Nickerson
                                                                 Senior Judge, United States
                                                                 District Court for the District of
                                                                 Maryland

1564437