IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIG PREMIER INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | Civil No.: WMN-01-2841 |
| HEACO, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

Plaintiff, TIG Premier Insurance Company ("TIG"), by John V. Church, Michael A. Stover and Whiteford, Taylor & Preston, LLP, hereby submits this Motion for Summary Judgment as a result of the Defendants' failure to fully pay the agreed upon settlement funds and the Defendants' failure to abide by the Court's prior Order enforcing the settlement reached in this matter:

1. On February 3, 2004, the parties participated in a settlement conference with Magistrate Judge Bredar. At that conference, the parties reached a settlement.

2. The terms of the settlement were that the Defendants would pay the agreed upon settlement amount of $172,500.00 in exchange for dismissal of the case and a full release. The Defendants were given 90 days to pay the settlement amount.

3. The Defendants have failed to pay the settlement amount in full. There remains due and owing the amount of $150,000.00. The Defendants' failure to pay the

settlement funds in full is a material breach of contract and the Plaintiff is damaged as a result of the breach.

    4.    There are no disputes of material fact and the Plaintiff is entitled to summary judgment as a matter of law.

WHEREFORE, TIG Premier Insurance Company, for the reasons set forth herein and for reasons set forth in the Memorandum of Law in Support of this Motion, respectfully requests that its Motion be granted and that this Honorable Court enter an order establishing judgment against the Defendants in the amount of $150,000.00 plus pre-judgment interest from the date of March 3, 2004 to the date of the entry of judgment and post-judgment interest at the legal rate until said judgment is paid in full.

    /s/ Michael A. Stover
John V. Church (Fed. No. 05007)
Michael A. Stover (Fed. No. 10497)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Plaintiff, TIG Premier Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2004, a copy of the foregoing Motion for Summary Judgment was filed electronically and mailed first class, postage prepaid to William S. Heyman, Esquire, Tydings & Rosenberg, LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202 and Vincent F. Vaccarella, Esquire, Elder, Kurzman & Vaccarella, Courvoisier Center 11, Suite 401, 601 Brickell Key Drive, Miami, Florida 33131.

/s/ Michael A. Stover
Michael A. Stover