February 3, 2004
WMN-01-2841

## Judge Bredar's Settlement Proposal

1. Def.'s agree to pay plaintiff $172,500.00. Full payment due in 90 days. No structure.

2. Plaintiff agrees to grant defendants a full and complete release. This is a global settlement resolving all claims between and among the parties to this lawsuit.

3. Each party will pay its own fees and costs, including attorney fees.

(ACCEPT)    (CIRCLE ONE)    REJECT

_____
Attorney Signature

TIG Premier Ins. Co.
_____
Name of Party

EXHIBIT 2

February 3, 2004
WMN-01-2841

## Judge Broder's Settlement Proposal

1. Def.'s agree to pay plaintiff $172,500.00. Full payment due in 90 days. No structure.

2. Plaintiff agrees to grant defendants a full and complete release. This is a global settlement resolving all claims between and among the parties to this lawsuit.

3. Each party will pay its own fees and costs, including attorney fees.

(ACCEPT)   (CIRCLE ONE)   REJECT

_____
Attorney Signature

_____
Name of Party