**PRE-JUDGMENT INTEREST WORKSHEET**

The Maryland Pre-Judgment rate of interest is 6%. *See* Maryland Constitution, Article III, §57.

| | |
|---|---|
| Date Payment of Settlement Funds Required: | May 3, 2004 |
| Days between date payment was due and date of Partial payment on 7/21/04: | 79 days |
| Daily rate of interest on full settlement amount (6% x $172,500.00 divided by 365 days): | $2.84/day |
| Pre-judgment interest accrued from 5/3/2004 to 7/21/04 on full settlement amount (79 days x $2.84/day): | $224.36 |
| Days between date of partial payment, 7/21/04, and date of Motion for Summary Judgment 10/25/04: | 96 days |
| Daily rate of interest on remaining settlement amount (6% x $150,000.00 divided by 365 days): | $2.47/day |
| Pre-judgment interest accrued from 7/21/04 to 10/25/04 on remaining settlement amount (96 days x $2.47/day): | $237.12 |
| Total Pre-judgment interest accrued as of 10/25/04 ($224.36 + $237.12): | $461.48 |

(Pre-Judgment interest continues to accrue at a rate of $2.47 per day)

# **EXHIBIT 3**