IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TIG PREMIER INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | *   Civil No.: WMN-01-2841 |
| HEACO, INC., et al. | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
### IN FAVOR OF PLAINTIFF

Upon consideration of the Motion to for Summary Judgment, filed by the Plaintiff and any opposition thereto, it is this ____ day of _____ 2004, in the United States District Court for the District of Maryland, hereby ORDERED that the Motion be and it is GRANTED for the reasons noted in Plaintiff's Memorandum of Law.  This Court finds that the undisputed facts are as follows: The parties entered into a Settlement Agreement, the Defendants have breached the Settlement Agreement, the Defendants' breach is material and the Plaintiff has been damaged by the Defendants' breach of the Settlement Agreement.  This Court further finds that the Plaintiff is entitled to summary judgment as a matter of law.  Therefore:

IT IS ORDERED that the Plaintiff's Motion for Summary Judgment be and it is GRANTED; and

IT IS ORDERED that summary judgment be entered against the Defendants, Heaco, Inc., Winifred Heacock and Frank Heacock in favor of the Plaintiff TIG Premier Insurance Company in the amount of $150,000.00; and

IT IS ORDERED that the Plaintiff is entitled to pre-judgment interest in the amount of $_____ and such post-judgment interest as may accrue at the legal rate.

 

_____
William M. Nickerson
Senior Judge, United States
District Court for the District of
Maryland