**WHITEFORD, TAYLOR & PRESTON**
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

410 347-8700
FAX 410 752-7092
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015
\_\_\_\_

10420 LITTLE PATUXENT PARKWAY
SUITE 495
COLUMBIA, MARYLAND 21044
TELEPHONE 410 884-0700
FAX 410 884-0719
\_\_\_\_

MICHAEL A. STOVER
DIRECT NUMBER
410 347-8761
mstover@wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573
\_\_\_\_

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

November 18, 2004

**VIA ELECTRONIC FILING**
Honorable William M. Nickerson
United States District Court Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21202

    Re: TIG Premier Insurance Company v. Heaco, Inc.
      Case No. WMN-01-2841

Dear Judge Nickerson:

  On October 26, 2004, Plaintiff, TIG Premier Insurance Company, filed a Motion for Summary Judgment as a result of the Defendants' failure to pay the agreed upon settlement funds. An opposition to the Motion was due on Friday, November 12, 2004; however, as of this date, no Opposition has been filed. On September 8, 2004, this Court entered an Order granting Plaintiff's Motion to Enforce the Settlement and the Court directed the Defendants to pay the settlement funds immediately. Other than $22,500.00 paid in July, 2004, no other funds have been paid by the Defendants and a balance of $150,000.00 remains due and owing. Accordingly, the Plaintiff respectfully requests that the Court grant the Motion for Summary Judgment as unopposed and enter judgment in favor of Plaintiff. Naturally, should the Court have any concerns regarding this matter, please do not hesitate to have your Chambers contact me.

          Sincerely,

         /s/Michael A. Stover

         Michael A. Stover

cc: Vincent F. Vaccarella, Esquire