```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

TIG PREMIER INSURANCE GROUP  :
                             :
         v.                  :      Civil Action WMN-01-2841
                             :
HEACO, INC., et al.          :
```

### ORDER

On February 3, 2004, this case was closed pursuant to a settlement agreement entered into by the parties. Under the terms of the settlement, Defendants agreed to pay $172,500 in exchange for dismissal of this action and a full release. On May 5, 2004, Plaintiff moved to reopen this action based upon Defendants failure to perform their obligations under the terms of the settlement agreement. The Court granted that motion on June 16, 2004. On July 7, 2004, Plaintiff filed a motion to enforce the settlement agreement, which the Court granted on September 8, 2004, as an unopposed motion.

Plaintiff has now filed a motion for summary judgment, asking that judgment be entered in its favor in the amount of $150,000,[1] plus pre-judgment interest from May 3, 2004,[2] to the

---

[1] On July 21, 2004, Defendants made a partial payment of $22,500.

[2] Plaintiff's motion actually requests pre-judgment interest from March 3, 2004. Presumably, this is a typographical error. Under the terms of the settlement agreement, payment

date of the entry of judgment, plus post-judgment interest. Defendants have filed no opposition to the motion for summary judgment and the time for having done so has now expired.

The Court finds that Plaintiff is entitled to the entry of judgment as requested, for the reasons stated in Plaintiff's motion.  Accordingly, IT IS this 23rd day of November, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Summary Judgment, Paper No. 61, is GRANTED;

2. That judgment is ENTERED in favor of Plaintiff and against Defendants in the amount of $150,000, plus pre-judgment interest in the amount of $533.11, and such post-judgment interest as may accrue at the legal rate;

3. That this action is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of Court shall mail or transmit copies of this Order to all Counsel of Record.

---

was to have been made within 90 days of the date of that agreement.  Thus, payment was not due until May 3, 2004.

```
                              /s/
                    _____
                    William N. Nickerson
                    Senior United States District
                    Judge
```